



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**SUPERSEDING INDICTMENT FOR**
**MALICIOUSLY CONVEYING FALSE INFORMATION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 14-24 |
| v. | * | SECTION: "I" |
| JAHVAR HOOKS | * | VIOLATION: 18 U.S.C. § 844(e) |

\* \* \*

The Grand Jury charges that:

## COUNT 1

On or about August 12, 2013 through August 19, 2013, in the Eastern District of Louisiana, the defendant, **JAHVAR HOOKS,** by means and use of an instrument of interstate commerce, that is, the telephone, willfully made a threat, or maliciously conveyed false information, knowing the same to be false, concerning alleged attempts to be made to unlawfully

```
___ Fee_____
___ Process_____
 X  Dktd_____
___ CtRmDep_____
___ Doc. No._____
```

damage or destroy buildings, by means of explosives; all in violation of Title 18, United States Code, Section 844(e).

A TRUE BILL:

FOREPERSON'S SIGNATURE
HAS BEEN REDACTED

KENNETH ALLEN POLITE, JR.
UNITED STATES ATTORNEY

_____
GREGORY M. KENNEDY
Assistant United States Attorney
Louisiana Bar Number 20896

New Orleans, Louisiana
April 23, 2015

2

FORM OBD-34

No. 14-24 "I"

# UNITED STATES DISTRICT COURT

Eastern District of Louisiana

Criminal Division

## THE UNITED STATES OF AMERICA

vs.

## JAHVAR HOOKS

VIOLATIONS: 18 U.S.C. § 844(e)

### SUPERSEDING INDICTMENT FOR
### MALICIOUSLY CONVEYING FALSE INFORMATION

A true bill.

---
FOREPERSON'S SIGNATURE
HAS BEEN REDACTED
---

Filed in open court this _____ day of _____, A.D. 2015.

_____
Clerk

Bail, $_____

_____
Gregory M. Kennedy for
Assistant United States Attorney